[No. 8,330.—Department Two.]
April 20, 1882.

## W. E. VAN SLYKE ET AL *v.* WILLIAM H. MILLER ET AL.

DAMAGES FOR FRIVOLOUS APPEAL.

APPEAL by the defendant Miller from a judgment for the plaintiffs in the Superior Court of San Bernardino county. ROLFE, J.

The complaint was in the ordinary form to foreclose a mechanic's lien, and alleged that the sum of one hundred dollars was a reasonable attorney's fee. The answer admitted all the allegations of the complaint except the allegation as to attorney's fee, and for further defense alleged that after the commencement of the action the defendant tendered to one of the plaintiffs the amount due on the lien, and the further sum of ten dollars for the accrued costs in the action, and that the said Taylor, for the said firm, accepted the said sum in full of the amount due on the lien and for accrued costs. The Court found the payment of the sum alleged, but that such payment was not made nor accepted as payment in full of said demand and costs, nor in full satisfaction thereof; and also found that fifty dollars was a reasonable attorney's fee and rendered judgment accordingly.

*Boyer & Gibson,* for Appellants.

*Paris & Goodcell,* for Respondents.

The COURT:

No briefs on file—no error appearing—and it appearing to the Court that the appeal was taken for delay, the judgment is affirmed with fifty per cent damages.